

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00078-CV

| | | |
|---|---|---|
| NEIL COLLINS, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF CONTEMPORARY RESEARCH CORPORATION, Appellant | § | On Appeal from the 16th District Court |
| | § | of Denton County (20-1857-16) |
| V. | | |
| ROBERT SCOTT HETZLER, CONTEMPORARY RESEARCH CORPORATION, CR ASSEMBLY CORPORATION, CR SOURCE CORPORATION, AND MARIANNE MICHELLE ZACCARO A/K/A MARIANNE MICHELLE HETZLER, Appellees | § | March 27, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Neil Collins shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
      Justice Wade Birdwell